■ CHARLES J. LAUDICO, Respondent-Appellant, v SEARS,

ROEBUCK AND COMPANY et al., Appellants-Respondents. (Appeal No. 2.)—Order unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with same memorandum as in *Laudico v Sears, Roebuck & Co.* ([appeal No. 1] 125 AD2d 960 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Joslin, J.—protective order.) (Appeal from order of Supreme Court, Erie County, Joslin, J.—protective order.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.